```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                  CASE NO. 04 B 23289
   OCTAVIO BENJAMIN CORDERO
                                        CHAPTER 13

                                        JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0744

-------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     The case was filed on 06/18/2004 and was confirmed 08/18/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  54.89% from remaining funds.

     The case was paid in full 03/07/2008.
-------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE  CURRENT MORTG    71734.50             .00       71734.50
IRWIN HOME EQUITY         CURRENT MORTG    21375.00             .00       21375.00
AT & T BANKRUPCTY         UNSECURED        NOT FILED            .00             .00
RESURGENT ACQUISITION LL  UNSECURED         5251.72             .00        2882.42
ECAST SETTLEMENT CORP     UNSECURED         4314.27             .00        2367.88
ECAST SETTLEMENT CORP     UNSECURED         4161.39             .00        2283.99
ECAST SETTLEMENT CORP     UNSECURED         3409.18             .00        1871.13
ECAST SETTLEMENT CORP     UNSECURED         5482.33             .00        3008.99
SEARS ROEBUCK & CO        UNSECURED        NOT FILED            .00             .00
CHASE MANHATTAN MORTGAGE  COST OF COLLE      100.00             .00         100.00
PETER FRANCIS GERACI      DEBTOR ATTY       2,600.00                      2,600.00
TOM VAUGHN                TRUSTEE                                         6,176.09
DEBTOR REFUND             REFUND                                                .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE            114,400.00

PRIORITY                                          .00
SECURED                                     93,209.50
UNSECURED                                   12,414.41
ADMINISTRATIVE                               2,600.00
TRUSTEE COMPENSATION                         6,176.09
DEBTOR REFUND                                     .00
                   ---------------        ---------------
TOTALS             114,400.00              114,400.00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 23289 OCTAVIO BENJAMIN CORDERO

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 06/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE